IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KELSEY DALBY, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL PROTECTION SERVICE, LP, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, <br><br> Defendant. | CV 23–22–BU–DLC <br><br><br> ORDER |
| UNIVERSAL PROTECTION SERVICE, LP, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> PATIENT JOHN DOE, <br><br> Third-Party Defendant. | |

The Parties have filed a Stipulation for Dismissal (Doc. 59). The Parties seek to dismiss this action with prejudice as fully settled on the merits. (*Id.* at 2.)

Accordingly, IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

1

The Clerk of Court is directed to close this file.

DATED this 8th day of October, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court